

# INVOICE

Invoice # 86
Date: 03/08/2017
Due Upon Receipt

## Notinger Law, PLLC

7A Taggart Drive
Nashua, NEW HAMPSHIRE (NH) 03060

Hanish, LLC
D/B/A Fairfield Inn & Suites
8 Bell Avenue
Hooksett, NH 03106

## 00058-Hanish, LLC- Bankruptcy

## Bankruptcy

### Services

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| SN | 09/29/2016 | WORK ON AMENDED PLAN AND D/S | 1.50 | $310.00 | $465.00 |
| SN | 09/30/2016 | WORK ON PLAN AND DISCLOSURE STATEMENT | 1.00 | $310.00 | $310.00 |
| SN | 10/03/2016 | AMENDMENT TO CHAPTER 11 PLAN | 1.00 | $310.00 | $310.00 |
| SN | 10/11/2016 | FILING D/S AND PLAN | 3.00 | $310.00 | $930.00 |
| CG | 10/12/2016 | DRAFT NOTICES OF HEARING FOR 1) DISCLOSURE STATEMENT; 2) MOTION TO EXTEND EXCLUSIVITY; AND 3) NOTINGER LAW PLLC FEE APPLICATION; FILE WITH BANKRUPTCY COURT AND SERVE ON 20 LARGEST CREDITORS. | 1.00 | $125.00 | $125.00 |
| SN | 10/13/2016 | MEMO TO LENDER'S COUNSEL | 0.40 | $310.00 | $124.00 |
| SN | 10/14/2016 | MEMO TO COUNSEL; RESPONSE | 0.40 | $310.00 | $124.00 |
| SN | 10/18/2016 | CONF WITH DAN; STRATEGIZING RE HANISH OBJECTION TO CLAIMS HEARING AND HEARING ON CASH COLLATERAL AND PLAN | 1.30 | $310.00 | $403.00 |
| SN | 10/25/2016 | TC WITH COUNSEL FOR PATEL; CONFERENCE CALL RE SAME; FOLLOW UP WITH REVIEW OF OBJECTION TO CLAIM; STRATEGIZING WITH DAN REGARDING APPROACH TO TAKE AT NOVEMBER 2 HEARING | 2.10 | $310.00 | $651.00 |

| | | | | | |
|---|---|---|---|---|---|
| SN | 10/25/2016 | CONF WITH COUNSEL FOR LENDER RE VARIOUS ISSUES INCLUDING PLAN DISCUSSIONS | 0.50 | $310.00 | $155.00 |
| DN | 10/25/2016 | E-MAIL EXCHANGE W/ SMN ON CASE ISSUES; CONFERENCE CALL WITH CLIENT & BOSTON ATTYS ON CASE ISSUES & STRATEGY | 0.50 | $310.00 | $155.00 |
| SN | 11/01/2016 | PREP FOR HEARING INCLUDING RL RE FDIC ISSUES | 2.50 | $310.00 | $775.00 |
| CG | 11/01/2016 | PREPARE DOCUMENTS FOR NOVEMBER 2, 2016 HEARINGS | 0.30 | $125.00 | $37.50 |
| SN | 11/02/2016 | TT LENDER'S COUNSEL REGARDING CASH COLLATERAL AND SETTLEMENT ISSUES | 0.30 | $310.00 | $93.00 |
| SN | 11/04/2016 | DRAFTED AMENDED ORDER AND MOTION RE CASH COLLATERAL | 1.20 | $310.00 | $372.00 |
| SN | 11/08/2016 | RESEARCH LAW AND REVIEW OBJECTION TO CLAIM AND RESPONSE IN PREPARATION FOR HEARING | 5.30 | $310.00 | $1,643.00 |
| SN | 11/09/2016 | PREPARATION FOR HEARING; CONFERENCE CALL WITH COUNSEL | 1.30 | $310.00 | $403.00 |
| SN | 11/09/2016 | ATTENDED HEARING ON OBJECTION TO PHOENIX'S PROOF OF CLAIM; CASH COLLATERAL; FEES AND EXTENSION OF EXCLUSIVITY | 3.20 | $310.00 | $992.00 |
| SN | 11/10/2016 | REVISED ORDER ON CASH COLLATERAL; TT COUNSEL AND CONF WITH DAN REGARDING STRATEGY AND REPORT ON HEARING WEDNESDAY; WORK ON DISCLOSURE STATEMENT PER COMMENTS OF LENDER | 3.30 | $310.00 | $1,023.00 |
| SN | 11/14/2016 | REVISIONS TO PLAN AND DISCLOSURE STATEMENT PER COMMENTS OF LENDER; CONF CALL WITH CLIENT/COUNSEL | 2.10 | $310.00 | $651.00 |
| CG | 11/15/2016 | REDACT AND FILE MONTHLY OPERATING REPORT FOR OCTOBER 2016 | 0.50 | $125.00 | $62.50 |
| SN | 11/15/2016 | REVISIONS TO PLAN; TF COUNSEL | 0.90 | $310.00 | $279.00 |
| SN | 11/21/2016 | WORK ON DISCLOSURE STATEMENT; RL RE PLAN; SEVERAL COMMUNICATIONS WITH COUNSEL AND CLIENT; DEVELOP STRATEGY FOR DEALING WITH OBJECTION TO PLAN; CONFERENCE WITH MARRIOTT RE THEIR CHANGES; FOLLOW UP WITH CLIENT | 6.50 | $310.00 | $2,015.00 |
| DN | 12/01/2016 | REVISE ORDERS, DISCLOSURE STATEMENT & PLAN FOR COURT & FILE; E-MAIL EXCHANGE W/ CLERK | 1.50 | $310.00 | $465.00 |
| DN | 12/02/2016 | REVIEW E-MAIL CHAIN REGARDING PIP PLAN THAT HAS TO BE IMPLEMENTED SOON WHILE | 0.50 | $310.00 | $155.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | SMN IS AWAY; E-MAIL EXCHANGE W/ PARTIES TO PICK A NEW DATE FOR HANISH CONFIRMATION HEARING; REVIEW DOCS FROM GARY M. REGARDING PHOENIX ISSUES | | | |
| DN | 12/05/2016 | REVIEW E-MAILS FROM GARY M. REGARDING LEGAL FEES; PHONE CONF. W/ SMN | 0.50 | $310.00 | $155.00 |
| SN | 12/08/2016 | STRATEGIZE RE CONFIRMATION HEARING TIMING AND PLAN ISSUES | 1.00 | $310.00 | $310.00 |
| SN | 12/08/2016 | CONFERENCE CALL RE OUTSTANDING ISSUES WITH PLAN; TT LENDER'S COUNSEL; RL ON TILL AND APPROACH TO CONFIRMATION | 2.00 | $310.00 | $620.00 |
| DN | 12/08/2016 | REVIEW DOCS FROM GARY MARKOFF; TC WITH GARY & SMN ON CASE ISSUES; ISSUES FOR CONFIRMATION HEARING | 0.50 | $310.00 | $155.00 |
| DN | 12/12/2016 | DRAFT & FILE MOTION TO CONTINUE CONFIRMATION HEARING AND MOTION TO EXTEND DEADLINE FOR SERVICE OF PLAN & DISCLOSURE STATEMENT; DRAFT & FILE MOTION TO CONTINUE HEARING ON OBJECTION TO CLAIM AND USE OF CASH COLLATERAL | 1.50 | $310.00 | $465.00 |
| SN | 12/13/2016 | WORK ON GETTING PLAN OUT AND CASH COLLATERAL MOTIONS | 1.00 | $310.00 | $310.00 |
| SN | 12/14/2016 | WORK ON GETTING PLAN OUT; WORK ON CASH COLLATERAL; WORK ON OBJECTION TO LEGAL FEES; CONF CALL WITH ATTY RHEAUME | 3.00 | $310.00 | $930.00 |
| SN | 12/15/2016 | WORK ON PAPERS DUE TODAY INCLUDING CASH COLLATERAL AND OBJECTION TO CLAIM OF LEGAL FEES; SEVERAL DISCUSSIONS WITH ALEX RHEUME REGARDING PLAN AND PARAMETERS FOR RESOLUTION | 3.00 | $310.00 | $930.00 |
| CG | 12/19/2016 | REDACT AND FILE MONTHLY OPERATING REPORT FOR NOVEMBER 2016 | 0.30 | $125.00 | $37.50 |
| SN | 12/19/2016 | WORK ON OBJECTION; CONF WITH COUNSEL; WORK ON PLAN ISSUES | 2.10 | $310.00 | $651.00 |
| SN | 12/20/2016 | WORK ON CONTESTED PLAN CONFIRMATION | 2.40 | $310.00 | $744.00 |
| DN | 12/20/2016 | E-MAIL EXCHANGE W/ ALEX RHEAUME ON USING APPRAISAL AT CONFIRMATION TO ESTABLISH VALUE OF HOTEL | 0.40 | $310.00 | $124.00 |
| DN | 12/23/2016 | REVIEW DISCOVERY SERVED BY PHOENIX; E-MAIL EXCHANGE W/ ALEX RHEAUME ON STATUS OF VALUATION ISSUES & DISCOVERY SCHEDULES | 0.50 | $310.00 | $155.00 |

| | | | | | |
|---|---|---|---|---|---|
| DN | 12/27/2016 | E-MAIL EXCHANGE W/ COURT CLERK TO DETERMINE STATUS OF CASH COLLATERAL MOTION FOR JAN. 1-12TH; CONF. W/ SMN | 0.40 | $310.00 | $124.00 |
| SN | 12/28/2016 | REVIEW OF OBJECTION TO PLAN; RL RE SAME AND RE OBJECTION TO LEGAL FEES | 4.00 | $310.00 | $1,240.00 |
| SN | 12/29/2016 | WORK ON RESPONSE TO OBJECTION TO CONFIRMATION | 3.40 | $310.00 | $1,054.00 |
| SN | 12/29/2016 | CONTINUED WORK AND STRATEGIZING RE OBJECTION TO PLAN' OBJECTION TO VOTING; WORK ON SETTING AGENDA FOR CONFIRMATION | 2.50 | $310.00 | $775.00 |
| DN | 12/29/2016 | E-MAIL EXCHANGE W/ ATTY FOR LENDER & ATTYS ON OUR SIDE RE: DISCOVERY ISSUES & MOVING THE CONFIRMATION HEARING | 0.40 | $310.00 | $124.00 |
| SN | 01/03/2017 | WORK ON CONFIRMATION ISSUES; EXTENDED NEGOTIATIONS RE CONTINUANCE; RL RE THIRD PARTY STAY | 2.50 | $310.00 | $775.00 |
| DN | 01/04/2017 | REVIEW DOCS FILED BY PHOENIX TO CONTINUE CONFIRMATION HEARING; DRAFT & FILE OBJECTION TO MOTION TO CONTINUE; CONF. W/ SMN & CLIENT ON ISSUES IN MA CASE; REVIEW 93A CLAIM; DRAFT & FILE MOTION TO EXTEND STAY TO NAYAN PATEL IF CONFIRMATION IS BEING CONTINUED | 2.00 | $310.00 | $620.00 |
| DN | 01/05/2017 | CIRCULATE LATEST COURT ORDERS TO CLIENTS & MA ATTYS.; E-MAIL EXCHANGE W/ SAME REGARDING SAME | 0.40 | $310.00 | $124.00 |
| SN | 01/06/2017 | WORK ALL DAY RL AND DEVELOPING COMPREHENSIVE RESPONSE TO OBJECTION TO CONFIRMATION; SEVERAL EMAILS TO COUNSEL AND TO PHOENIX'S COUNSEL RE CONTESTED CONFIRMATION HEARING | 7.50 | $310.00 | $2,325.00 |
| DN | 01/06/2017 | REVIEW PHOENIX BALLOTS; CONF. W/ SMN RE: CAN THEY VOTE IN 2 CLASSES? | 0.50 | $310.00 | $155.00 |
| SN | 01/09/2017 | RESEARCH AND DRAFTING MEMO IN SUPPORT OF PLAN | 8.00 | $310.00 | $2,480.00 |
| SN | 01/10/2017 | WORK ON CONFIRMATION MEMO | 4.50 | $310.00 | $1,395.00 |
| SN | 01/11/2017 | RESEARCH AND DRAFTING MEMO RE CONFIRMATION | 8.30 | $310.00 | $2,573.00 |
| SN | 01/12/2017 | RESEARCH AND WORK ON MEMO SUPPORTING CONFIRMATION | 4.50 | $310.00 | $1,395.00 |
| SN | 01/13/2017 | RESEARCH AND DRAFTING MEMO RE SUPPORT OF CHAPTER 11 PLAN | 3.50 | $310.00 | $1,085.00 |

| | | | | | |
|---|---|---|---|---|---|
| SN | 01/17/2017 | WORK ON RESPONSE PARTICULARLY CASH FLOWS; CONFERENCE CALL WITH CLIENT; MANY E MAIL FOLLOW UPS | 3.50 | $310.00 | $1,085.00 |
| CG | 01/18/2017 | REDACT AND FILE MONTHLY OPERATING REPORT FOR DECEMBER 2016 | 0.50 | $125.00 | $62.50 |
| SN | 01/19/2017 | CONFERENCE CALL; CONTINUED WORK ON MEMO; MEETING WITH DAN RE: STRATEGY | 3.00 | $310.00 | $930.00 |
| SN | 01/20/2017 | CONTINUED WORK ON EVIDENCE NECESSARY FOR HEARING; MODIFICATION TO RESPONSE; REVIEW PRODUCTION OF DOCUMENTS; SEVERAL E MAILS TO COUNSEL AND TO MARRIOTT'S COUNSEL | 3.50 | $310.00 | $1,085.00 |
| DN | 01/23/2017 | E-MAIL EXCHANGE W/ CLIENT & MA ATTYS ON INSPECTION BY LENDER OF HOTEL | 0.40 | $310.00 | $124.00 |
| DN | 01/24/2017 | REVIEW DISCOVERY PROVIDED BY CLIENT; ORGANIZE DISCOVERY; DRAFT DISCOVERY RESPONSE TO ATTY FOR PHOENIX | 3.00 | $310.00 | $930.00 |
| SN | 01/25/2017 | WORK ON MEMO OF LAW AND ON PRODUCTION OF DOCUMENTS | 0.50 | $310.00 | $155.00 |
| SN | 01/26/2017 | MEMO TO MARRIOT'S COUNSEL RE STATUS | 0.30 | $310.00 | $93.00 |
| DN | 01/27/2017 | E-MAIL EXCHANGE W/ ALEX R. ASSENTING TO PRO HAC MOTION | 0.20 | $310.00 | $62.00 |
| SN | 01/31/2017 | SETTLEMENT MEETING IN BOSTON | 7.00 | $310.00 | $2,170.00 |
| DN | 01/31/2017 | CONF. W/ SMN ON MEETING; REVIEW MARRIOTT LETTER; E-MAIL MARRIOTT LTR. TO ALEX RHEAUME; E-MAIL EXCHANGE W/ CLIENT ON SAME; E-MAIL EXCHANGE W/ ALEX R. ON CLIENT ILLNESS & NEED TO RESCHEDULE DEPOSITION | 0.50 | $310.00 | $155.00 |
| SN | 02/01/2017 | REVISIONS TO RESPONSE; DRAFTED MOTION TO DESIGNATE VOTE AND MOTION TO AMEND PLAN | 5.00 | $310.00 | $1,550.00 |
| DN | 02/01/2017 | DRAFT & SERVE SUBPOENA ON APPRAISER FOR PHOENIX IN BOSTON; DRAFT COVER LETTER TO APPRAISER; SERVE SUBPOENA ON APPRAISER BY E-MAIL AND REGULAR MAIL; SEND COPY TO ALEX RHEAUME; TC WITH GARY & SMN; WORK ON NOTICE OF DEPOSITION FOR PHOENIX REO; REVIEW PLEADINGS DRAFTED BY SMN | 2.00 | $310.00 | $620.00 |
| DN | 02/01/2017 | DRAFT & SEND SUBPOENA TO APPRAISER; DRAFT COVER LTR.; E-MAIL EXCHANGE W/ BOSTON ATTYS; TC WITH BOSTON ATTYS | 2.00 | $310.00 | $620.00 |
| DN | 02/02/2017 | FINALIZE & SERVE NOTICE OF DEPOSITION ON COUNSEL FOR PHOENIX REO, LLC; CONF. W/ SMN; DETAILED E-MAIL TO JITEN PATEL RE: DEPOSITION ON MONDAY & THINGS NEEDED FOR | 1.00 | $310.00 | $310.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | CONFIRMATION HEARING; E-MAIL EXCHANGE W/ PARTIES RE: DEPO | | | |
| DN | 02/02/2017 | REVIEW MATERIALS PRODUCED FOR LENDER; DETAILED E-MAIL TO JITEN & NAYAN REGARDING DEPO ON MONDAY AND WHAT HE SHOULD REVIEW, PLUS THINGS NEEDED FOR CONFIRMATION HEARING; FINALIZE SUBPOENA FOR DENIS STRATFORD & E-MAIL TO ALEX RHEAUME | 1.00 | $310.00 | $310.00 |
| DN | 02/03/2017 | REVIEW LETTER FROM OPPOSING COUNSEL ON OUTSTANDING ISSUES; DETAILED REPLY TO SAME BY E-MAIL; TC WITH JITEN PATEL TO GO OVER ISSUES FOR DEPO ON MONDAY & CHECK HEALTH STATUS | 0.80 | $310.00 | $248.00 |
| SN | 02/06/2017 | FINALIZED AND FILED FOUR MOTIONS AND REPLY | 3.50 | $310.00 | $1,085.00 |
| DN | 02/06/2017 | PREP FOR & ATTEND DEPO OF JITEN PATEL IN BOSTON | 8.00 | $310.00 | $2,480.00 |
| SN | 02/07/2017 | PREPARED CERTIFICATE OF VOTE | 1.00 | $310.00 | $310.00 |
| SN | 02/08/2017 | TF OPPOSING COUNSEL; FOLLOW UP ON VARIOUS ISSUES HE HAS RAISED | 3.50 | $310.00 | $1,085.00 |
| DN | 02/10/2017 | OBJECT TO MOTION TO QUASH; CONF. W/ SMN; E-MAIL EXCHANGE W/ CLERK ON AVAILABILITY | 1.00 | $310.00 | $310.00 |
| DN | 02/12/2017 | E-MAIL EXCHANGES W/ PARTIES ON CONTINUING DEPO TOMORROW BECAUSE OF BAD WEATHER; TC AND E-MAIL WITH STENOGRAPHER ON SAME; CONFERENCE CALL WITH GARY M. & JOHN L. REGARDING DEPO AND CONFIRMATION HEARING; PREPARE FOR DEPO | 2.00 | $310.00 | $620.00 |
| SN | 02/13/2017 | PREPARATION FOR CONTESTED CONFIRMATION HEARING | 4.50 | $310.00 | $1,395.00 |
| DN | 02/13/2017 | ASSIST SMN IN FILING CERTIFICATE OF VOTE | 0.50 | $310.00 | $155.00 |
| CG | 02/14/2017 | BEGIN PREPARATION OF DOCUMENTS FOR HEARINGS SCHEDULED FEBRUARY 16, 2017. | 0.70 | $125.00 | $87.50 |
| DN | 02/14/2017 | PREPARE FOR & CONDUCT DEPOSITION OF DAVID SILVERSTEIN; ATTEND HEARING ON MOTION TO QUASH SUBPOENA OF BANK'S APPRAISER | 6.00 | $310.00 | $1,860.00 |
| SN | 02/14/2017 | PREPARATION FOR CONFIRMATION HEARING | 5.30 | $310.00 | $1,643.00 |
| CG | 02/15/2017 | CONTINUE PREPARATION OF DOCUMENTS FOR HEARINGS SCHEDULED FEBRUARY 16, 2017 | 1.00 | $125.00 | $125.00 |
| CG | 02/15/2017 | PREPARE CONFIRMATION HEARING EXHIBIT BOOKS. | 5.00 | $125.00 | $625.00 |

| | | | | | |
|---|---|---|---|---|---|
| DN | 02/15/2017 | PREPARE EXHIBITS; PREPARE FOR HEARING TOMORROW; TC WITH CLIENTS & BOSTON ATTYS TO PREPARE; PARTICIPATE IN LAST-MINUTE SETTLEMENT CALL; PREPARE EXAMS OF WITNESSES; CONF. W/ SMN; MULTIPLE E-MAIL EXCHANGES W/ PARTIES IN PREPARATION FOR HEARING | 8.00 | $310.00 | $2,480.00 |
| SN | 02/15/2017 | PREPARATION FOR CONFIRMATION HEARING | 6.00 | $310.00 | $1,860.00 |
| DN | 02/16/2017 | PARTICIPATE IN ALL-DAY CONFIRMATION HEARING; EXAMINE WITNESSES | 8.50 | $310.00 | $2,635.00 |
| SN | 02/16/2017 | ATTENDANCE AT CONFIRMATION HEARING | 8.70 | $310.00 | $2,697.00 |
| DN | 02/17/2017 | CONF. W/ SMN; TC WITH GARY MARKOFF; E-MAIL EXCHANGE W/ ATTYS FOR MARRIOT ON THE PIP APPROVED BY COURT; CIRCULATE PIP ORDER | 2.00 | $310.00 | $620.00 |
| SN | 02/17/2017 | ATTENDANCE AT CONFIRMATION HEARING | 2.50 | $310.00 | $775.00 |
| | | | **Quantity Subtotal** | | **224.6** |
| | | | **Services Subtotal** | | **$67,905.50** |

## Expenses

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| CG | 10/12/2016 | POSTAGE - SERVICE OF NOTICES OF HEARING FOR 1) DISCLOSURE STATEMENT; 2) MOTION TO EXTEND EXCLUSIVITY; AND 3) NOTINGER LAW PLLC FEE APPLICATION. 20 @ .47 = $9.40 | 1.00 | $9.40 | $9.40 |
| CG | 10/12/2016 | PHOTOCOPIES - SERVICE OF NOTICES OF HEARING FOR 1) DISCLOSURE STATEMENT; 2) MOTION TO EXTEND EXCLUSIVITY; AND 3) NOTINGER LAW PLLC FEE APPLICATION. 20 X 3 = 60 @ .10 = $6.00 | 1.00 | $6.00 | $6.00 |
| CG | 12/14/2016 | Photocopies - Service of Court Order, Ballot, Disclosure Statement with Exhibits and Chapter 11 Plan of Reorganization | 1.00 | $113.53 | $113.53 |
| CG | 12/14/2016 | Postage - Service of Court Order, Ballot, Disclosure Statement with Exhibits and Chapter 11 Plan of Reorganization. 31 recipients @ $1.57 = $48.67 | 1.00 | $48.67 | $48.67 |
| CG | 12/15/2016 | Photocopies - Service of Notice of Hearing on Third Cash Collateral Motion 20 x .10 = $2.00 | 1.00 | $2.00 | $2.00 |
| CG | 12/15/2016 | Postage - Service of Notice of Hearing on Third Cash Collateral Motion 20 x .47 = $9.40 | 1.00 | $9.40 | $9.40 |
| CG | 02/02/2017 | POSTAGE - SERVICE OF NOTICE OF TAKING DEPOSITION OF DENIS STRATFORD OF PHOENIX | 1.00 | $0.67 | $0.67 |

| | | | | | |
|---|---|---|---|---|---|
| | | REO, LLC (CONFIRMATION HEARING) UPON ALEXANDER RHEAUME, ESQUIRE | | | |
| CG | 02/02/2017 | PHOTOCOPIES - SERVICE OF NOTICE OF TAKING DEPOSITION OF DENIS STRATFORD OF PHOENIX REO, LLC (CONFIRMATION HEARING) UPON ALEXANDER RHEAUME, ESQUIRE - 6 PAGES @ .10 = .60 | 1.00 | $0.60 | $0.60 |
| CG | 02/15/2017 | CONFIRMATION HEARING EXHIBIT BOOKS 60 PAGES X 8 EXHIBIT BOOKS = 480 @ .10 = $48.00 | 1.00 | $48.00 | $48.00 |
| | | | **Expenses Subtotal** | | **$238.27** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Cheryl Guerette | 9.3 | $125.00 | $1,162.50 |
| Deborah Notinger | 56.5 | $310.00 | $17,515.00 |
| Steven Notinger | 158.8 | $310.00 | $49,228.00 |
| | **Quantity Total** | | **224.6** |
| | | **Subtotal** | **$68,143.77** |
| | | **Total** | **$68,143.77** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 57 | 10/06/2016 | $31,383.22 | $23,283.00 | $8,100.22 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 86 | 03/08/2017 | $68,143.77 | $0.00 | $68,143.77 |
| | | | **Outstanding Balance** | **$76,243.99** |
| | | | **Total Amount Outstanding** | **$76,243.99** |

Please make all amounts payable to: Notinger Law, PLLC

Payment is due upon receipt.