

# INVOICE

Invoice # 135
Date: 01/16/2018
Due Upon Receipt

## Notinger Law, PLLC

7A Taggart Drive
Nashua, NEW HAMPSHIRE (NH) 03060

Hanish, LLC
D/B/A Fairfield Inn & Suites
8 Bell Avenue
Hooksett, NH 03106

## 00058-Hanish, LLC- Bankruptcy

## Bankruptcy

### Services

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| SN | 02/21/2017 | FORMULATING REVISED PLAN FOR FILING | 2.50 | $310.00 | $775.00 |
| CG | 02/22/2017 | REDACT AND FILE MONTHLY OPERATING REPORT FOR JANUARY 2017 | 0.50 | $125.00 | $62.50 |
| SN | 02/22/2017 | FORMULATED AND DRAFTED THIRD PLAN AND DISCLOSURE STATEMENT; MANY E MAILS TO CLIENT; COUNSEL IN BOSTON AND DAN; DRAFTED MOTION TO APPROVE SECOND TERM FEES. | 8.50 | $310.00 | $2,635.00 |
| SN | 02/23/2017 | FURTHER DRAFT OF PLAN AND MANY E MAILS WITH BOSTON COUNSEL | 2.40 | $310.00 | $744.00 |
| CG | 03/08/2017 | DRAFT NOTICE OF HEARING; FILE FEE APPLICATION, ANNEX, INVOICE, PROPOSED ORDER AND NOTICE OF HEARING; SERVE NOTICE OF HEARING ON 20 LARGEST CREDITORS. | 0.50 | $125.00 | $62.50 |
| SN | 03/10/2017 | WORK ON FINALIZING PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT, PARTICULARLY THE CONFIRMATION BUDGET; DRAFTED FOURTH CASH COLLATERAL MOTION; REVIEWED AND COMMENTS TO BUDGET; RL RE INDUBITABLE EQUIVALENT REGARDING SECTION 361; SEVERAL E MAILS TO BOSTON COUNSEL. | 8.50 | $310.00 | $2,635.00 |

| CG | 03/13/2017 | FILE AND SERVE FOURTH CASH COLLATERAL MOTION | 0.40 | $125.00 | $50.00 |
|----|-----------|---------------------------------------------|------|---------|--------|
| SN | 03/13/2017 | DRAFTED AND FILED FOURTH MOTION FOR USE OF CASH COLLATERAL; SUBSTANTIALLY REVISED MOTION FROM PRIOR DRAFTS EXPECTING AN OBJECTION AND RESEARCH LAW RE SAME | 3.70 | $310.00 | $1,147.00 |
| SN | 03/13/2017 | CONFERENCE CALL WITH CLIENT; REVISED PLAN | 0.70 | $310.00 | $217.00 |
| SN | 03/15/2017 | FINALIZED AND FILED PLAN AND DISCLOSURE STATEMENT | 3.40 | $310.00 | $1,054.00 |
| CG | 03/16/2017 | SERVICE OF NOTICE OF HEARING ON THIRD DISCLOSURE STATEMENT | 0.20 | $125.00 | $25.00 |
| CG | 03/16/2017 | SERVICE OF NOTICE OF HEARING ON AMENDED FOURTH CASH COLLATERAL MOTION | 0.20 | $125.00 | $25.00 |
| CG | 03/16/2017 | REDACT AND FILE MONTHLY OPERATING REPORT FOR FEBRUARY 2017 | 0.40 | $125.00 | $50.00 |
| SN | 03/16/2017 | PRELIMINARY REVIEW OF APPRAISAL | 1.00 | $310.00 | $310.00 |
| SN | 03/21/2017 | REVIEW MORTGAGE; RESEARCH IN PREPARATION FOR OBJECTION TO USE OF CASH COLLATERAL; E MAIL EXCHANGE WITH BOSTON COUNSEL. | 1.20 | $310.00 | $372.00 |
| SN | 03/23/2017 | DRAFTING RESPONSE AND RL TO LIMITED OBJECTION TO USE OF CASH COLLATERAL | 3.00 | $310.00 | $930.00 |
| SN | 03/29/2017 | PREPARATION FOR AND ATTENDANCE AT CASH COLLATERAL HEARING; CONF CALL WITH PHOENIX'S COUNSEL REGARDING DISCLOSURE STATEMENT | 2.10 | $310.00 | $651.00 |
| SN | 03/30/2017 | RESEARCH LAW ON COMPETING PLANS IN LIGHT OF POSSIBILITY IN THIS CASE | 2.00 | $310.00 | $620.00 |
| SN | 03/31/2017 | REVIEW OF FRANCHISE AGREEMENT; CALCULATION OF DAMAGES IN THE EVENT OF BREACH | 1.00 | $310.00 | $310.00 |
| SN | 04/04/2017 | RL ON THIRD PARTY RELEASES | 4.50 | $310.00 | $1,395.00 |
| SN | 04/05/2017 | RECEIPT OF OBJECTION; RL RE CASES IN OBJECTION | 3.50 | $310.00 | $1,085.00 |
| SN | 04/06/2017 | RL AND AMENDING DISCLOSURE STATEMENT | 3.00 | $310.00 | $930.00 |
| SN | 04/07/2017 | DRAFTING AND REVISING D/S PLAN AND RESPONSE TO OBJECTION TO DISCLOSURE STATEMENT AND PLAN; RL RE SAME | 3.50 | $310.00 | $1,085.00 |
| CG | 04/12/2017 | PREPARE DOCUMENTS FOR APRIL 12TH HEARING. | 0.30 | $125.00 | $37.50 |

Invoice # 135 - 01/16/2018

| | | | | | |
|---|---|---|---|---|---|
| SN | 04/12/2017 | ATTENDED DISCLOSURE STATEMENT HEARING | 2.50 | $310.00 | $775.00 |
| SN | 04/13/2017 | AMENDMENTS TO PLAN AND DISCLOSURE STATEMENT PER COURT ORDER | 3.00 | $310.00 | $930.00 |
| SN | 04/17/2017 | REVISE PLAN; RL ON CLASSIFICATION | 1.50 | $310.00 | $465.00 |
| SN | 04/18/2017 | WORK ON AMENDED PLAN AND DISCLOSURE STATEMENT | 2.80 | $310.00 | $868.00 |
| SN | 04/19/2017 | FINALIZED AND FILED AMENDED DISCLOSURE STATMENT; RESPONSE TO MARRIOTT'S COUNSEL RE LEGAL FEE PAYMENT REQUEST | 2.20 | $310.00 | $682.00 |
| CG | 04/20/2017 | REDACT AND FILE MONTHLY OPERATING REPORT FOR MARCH 2017 | 0.50 | $125.00 | $62.50 |
| SN | 04/24/2017 | E MAIL EXCHANGE REGARDING MARRIOTT'S FEES; CONSIDERATION OF OPTIONS RE MARRIOTT'S FEES | 0.90 | $310.00 | $279.00 |
| SN | 05/09/2017 | CONTINUED RL REGARDING ISSUES IN DISCLOSURE STATEMENT OBJECTION INCLUDING ARTIFICIAL IMPAIRMENT; CONTINUED WORK ON ANALYSIS TO OBJECTION TO DISCLOSURE STATEMENT. FORMULATING RESPONSE | 8.00 | $310.00 | $2,480.00 |
| SN | 05/10/2017 | DRAFTING RESPONSE TO OBJECTION TO DISCLOSURE STATEMENT; CONTINUED RL | 5.00 | $310.00 | $1,550.00 |
| SN | 05/11/2017 | WORK ON OBJECTION TO DISCLOSURE STATEMENT RESPONSE AND RL | 2.50 | $310.00 | $775.00 |
| SN | 05/12/2017 | DRAFTING RESPONSE TO OBJECTION TO DISCLOSURE STATEMENT | 5.50 | $310.00 | $1,705.00 |
| CG | 05/15/2017 | REDACT AND FILE MONTHLY OPERATING REPORT FOR APRIL 2017 | 0.40 | $125.00 | $50.00 |
| SN | 05/15/2017 | FURTHER REVISIONS TO RESPONSE TO D/S/ OBJECTION | 1.30 | $310.00 | $403.00 |
| SN | 05/16/2017 | SEVERAL E MAILS WITH GARY MARKOFF RE CASH FLOWS AND OPEN ISSUES | 0.50 | $310.00 | $155.00 |
| SN | 05/22/2017 | REVIEW OF COMMENTS FROM COUNSEL; EDITS TO RESPOSE; E MAIL EXCHANGE RE MARRIOTT'S BILLS | 2.10 | $310.00 | $651.00 |
| CG | 05/24/2017 | EDIT AND FILE RESPONSE TO OBJECTION TO DISCLOSURE STATEMENT | 0.30 | $125.00 | $37.50 |
| SN | 05/30/2017 | PREPARE FOR HEARING ON DISCLOSURE STATEMENT WHICH MAY INCLUDE ELEMENTS OF CONFIRMATION ISSUES | 2.50 | $310.00 | $775.00 |
| SN | 05/30/2017 | WORK ON SETTLEMENT PROPOSAL | 1.00 | $310.00 | $310.00 |

| | | | | | |
|---|---|---|---|---|---|
| SN | 05/31/2017 | PREPARATION FOR ATTENDANCE AT AND REVIEW AFTER HEARING ON DISCLOSURE STATEMENT WHERE D/S WAS DENIED | 3.20 | $310.00 | $992.00 |
| SN | 06/01/2017 | MOTION FOR RECONSIDERATION | 6.00 | $310.00 | $1,860.00 |
| SN | 06/05/2017 | E MAIL EXCHANGE WITH COUNSEL REGARDING RECONSIDERATION MOTION | 0.40 | $310.00 | $124.00 |
| SN | 06/06/2017 | FINANCIAL STATEMENT REQUEST | 0.40 | $310.00 | $124.00 |
| SN | 06/12/2017 | WORK ON NEW CASH COLLATERAL MOTION | 1.20 | $310.00 | $372.00 |
| SN | 06/13/2017 | FINALIZED CASH COLLATERAL PAPERS | 1.20 | $310.00 | $372.00 |
| CG | 06/14/2017 | EDIT 5TH CASH COLLATERAL MOTION AND PROPOSED ORDER; DRAFT NOTICE OF HEARING; FILE MOTION, ORDER AND NOH; SERVICE NOH ON 20 LARGEST CREDITORS. | 0.50 | $125.00 | $62.50 |
| SN | 06/20/2017 | NEGOTIATION OF CASH COLLATERAL | 1.10 | $310.00 | $341.00 |
| SN | 06/20/2017 | CONFERENCE CALL WITH CLIENT | 1.00 | $310.00 | $310.00 |
| SN | 06/21/2017 | CASH COLLATERAL NEGOTIATIONS; SEVERAL E MAILS TO COUNSEL; REVIEW MODIFIED CASH COLLATERAL DOCUMENTS | 1.20 | $310.00 | $372.00 |
| CG | 06/22/2017 | REDACT AND FILE MONTHLY OPERATING REPORT FOR MAY 2017 | 0.40 | $125.00 | $50.00 |
| CG | 06/22/2017 | DRAFT AND FILE NOTICE OF CHANGE OF ADDRESS OF G.M. LANDSCAPING & RENOVATIONS | 0.30 | $125.00 | $37.50 |
| SN | 06/22/2017 | REVIEW RECENT BUDGET; SEND TO PHOENIX | 0.70 | $310.00 | $217.00 |
| SN | 06/27/2017 | MEMO TO GENERAL COUNSEL | 0.30 | $310.00 | $93.00 |
| SN | 06/28/2017 | REVIEW DECISION; CONF CALL WITH COUNSEL | 1.00 | $310.00 | $310.00 |
| SN | 07/05/2017 | ANALYSIS OF COURT ORDER; RECOMMENDATIONS TO CLIENT | 1.50 | $310.00 | $465.00 |
| SN | 07/11/2017 | CONF CALL WITH NAYAN; RL ON APPEAL; WORK ON CASH COLLATERAL ISSUES | 1.40 | $310.00 | $434.00 |
| SN | 07/12/2017 | RESOLVE DISCREPANCY IN CASH COLLATERAL MOTION | 1.00 | $310.00 | $310.00 |
| CG | 07/17/2017 | REDACT AND FILE MONTHLY OPERATING REPORT FOR JUNE 2017 | 0.60 | $125.00 | $75.00 |
| SN | 07/17/2017 | CONFERENCE CALL WITH COUNSEL; REVIEW LOI | 1.00 | $310.00 | $310.00 |
| SN | 07/18/2017 | REVIEW LOI | 0.40 | $310.00 | $124.00 |
| SN | 07/25/2017 | REVIEW AND COMMENTS TO PROPOSAL | 1.00 | $310.00 | $310.00 |

Invoice # 135 - 01/16/2018

| | | | | | |
|---|---|---|---|---|---|
| SN | 08/15/2017 | SEVERAL E MAILS AND TWO PHONE CALL'S WITH COUNSEL REGARDING CURRENT ISSUES AND STATUS | 1.20 | $310.00 | $372.00 |
| SN | 08/24/2017 | REVIEW STATUS OF VARIOUS MATTERS IN CASE INCLUDING CASH COLLATERAL AND SALE | 1.00 | $310.00 | $310.00 |
| SN | 08/24/2017 | CORRESPONDENCE RE LOI | 0.40 | $310.00 | $124.00 |
| SN | 08/29/2017 | WORK ON RESOLUTION OF ISSUES WITH MARRIOTT | 1.00 | $310.00 | $310.00 |
| SN | 09/07/2017 | E MAIL FROM DIANE SIMONS; E MAIL TO GARY MARKOFF REGARDING CASH COLLATERAL | 0.40 | $310.00 | $124.00 |
| SN | 09/12/2017 | DRAFTING SIXTH CASH COLLATERAL ORDER | 2.50 | $310.00 | $775.00 |
| CG | 09/13/2017 | EDIT MOTION AND PROPOSED ORDER RELATIVE TO 6TH CASH COLLATERAL; DRAFT NOTICE OF HEARING; FILE MOTION, BUDGET, PROPOSED ORDER AND NOTICE OF HEARING WITH COURT; SERVE NOTICE OF HEARING ON 20 LARGEST UNSECURED CREDITORS; REDACT AND FILE MONTHLY OPERATING REPORT FOR AUGUST 2017. | 2.00 | $125.00 | $250.00 |
| SN | 09/13/2017 | WORK ON CASH COLLATERAL MOTION; CORRESPONDENCE WITH PHOENIX'S COUNSEL; CORRESPONDENCE WITH ATTY MARKOFF; CONSIDERED SALE OPTION PROCEDURES | 2.50 | $310.00 | $775.00 |
| SN | 09/14/2017 | FOLLOW UP ON CASH COLLATERAL ISSUES; BEGIN PREP FOR HEARING | 1.00 | $310.00 | $310.00 |
| SN | 09/20/2017 | REVISIONS TO CASH COLLATERAL ORDER; CONF CALL WITH CLIENT; CONSIDERATION OF HIRING BROKER | 1.50 | $310.00 | $465.00 |
| SN | 09/22/2017 | REVIEW AND COMMENTS TO LISTING AGREEMENT; BEGAN DRAFTING MOTION TO EMPLOY BROKER; RL ON ISSUE OF ABILITY TO ASSUME AND ASSIGN MARROITT AGREEMENT OVER THEIR OBJECTION | 3.00 | $310.00 | $930.00 |
| SN | 09/26/2017 | WORK ON BROKER EMPLOYMENT; REVIEW AND COMMENTS TO BROKER DOCUMENTS | 1.50 | $310.00 | $465.00 |
| SN | 09/27/2017 | COMMENTS TO LISTING AGREEMENT; E MAILS BACK AND FORTH RE SAME | 1.00 | $310.00 | $310.00 |
| SN | 10/02/2017 | FILED MOTION FOR APPROVAL OF BROKER; FOLLOW UP WITH US TRUSTEE COMMENTS AND WITH CLIENT AND BROKER | 1.50 | $310.00 | $465.00 |
| SN | 10/02/2017 | NEGOTIATION OF BROKER AGREEMENT | 1.00 | $310.00 | $310.00 |
| SN | 10/03/2017 | NEGOTIATIONS AND AMENDMENTS TO LISTING AGREEMENT; FILED SAME | 2.30 | $310.00 | $713.00 |

| SN | 10/04/2017 | NEGOTIATIONS RE BROKER MOTION; ATTENDED HEARING RE SAME; DRAFTED MODIFIED ORDER | 3.10 | $310.00 | $961.00 |
|---|---|---|---|---|---|
| SN | 10/12/2017 | WORK ON BRINGING PROPERTY TO MARKET | 1.00 | $310.00 | $310.00 |
| SN | 11/14/2017 | FOLLOW UP ON OPEN ISSUES; E MAIL FROM GENERAL COUNSEL RE STATUS OF MATTERS | 1.00 | $310.00 | $310.00 |
| SN | 11/16/2017 | CONFERENCE WITH COUNSEL RE LETTER OF INTENT; CONSIDERATION OF ISSUES NECESSARY TO BE ADDRESSED IN SALE | 1.50 | $310.00 | $465.00 |
| CG | 11/16/2017 | REDACT AND FILE MONTHLY OPERATING REPORT FOR OCTOBER 2017 | 0.40 | $125.00 | $50.00 |
| SN | 11/21/2017 | WORK ON ISSUES FOR SALE | 1.00 | $310.00 | $310.00 |
| SN | 11/27/2017 | WORK ON DEVELOPMENT OF PLAN; SEVERAL E MAILS TO CLIENT AND COUNSEL; CONFERENCE CALL WITH PHOENIX | 2.10 | $310.00 | $651.00 |
| SN | 11/30/2017 | FINALIZED AND SENT PROPOSAL TO PHOENIX; SEVERAL E MAILS WITH COUNSEL; STARTED WORK ON SALE PAPERS | 1.00 | $310.00 | $310.00 |
| SN | 12/04/2017 | DRAFTING BID PROCEDURES AND NOTICE OF SALE WITH HISTORY OF DEBTOR; E MAIL FROM PHOENIX | 8.00 | $310.00 | $2,480.00 |
| SN | 12/05/2017 | WORK ON SALE PAPERS; CONFERENCE WITH PHOENIX'S COUNSEL; SEVERAL E MAILS WITH COUNSEL | 5.50 | $310.00 | $1,705.00 |
| CG | 12/06/2017 | EDIT 7TH MOTION FOR CASH COLLATERAL AND PROPOSED ORDER; DRAFT NOTICE OF HEARING; FILE DOCUMENTS WITH COURT; SERVE ON 20 LARGEST CREDITORS | 0.50 | $125.00 | $62.50 |
| SN | 12/06/2017 | ISSUES WITH TIMING AND PROCEDURE FOR BANKRUPTCY SALE; SEVERAL E MAILS RE SAME; CONFERENCE WITH COUNSEL | 1.40 | $310.00 | $434.00 |
| SN | 12/07/2017 | SEVERAL E MAILS WITH COUNSEL RE SALES PROCESS; DEVELOPED TIMING CHART | 1.00 | $310.00 | $310.00 |
| CG | 12/12/2017 | FILE REVISED ASSENTED TO PROPOSED ORDER FOR 7TH CASH COLLATERAL MOTION | 0.10 | $125.00 | $12.50 |
| SN | 12/12/2017 | WORK ON BID PROCEDURES AND NOTICE; SEVERAL E MAILS WITH BROKER REGARDING SALE; CALL WITH PHOENIX'S COUNSEL REGARDING SALE; CALL WITH COUNSEL | 2.50 | $310.00 | $775.00 |
| CG | 12/13/2017 | MAKE REVISIONS TO BID PROCEDURES | 0.40 | $125.00 | $50.00 |
| SN | 12/18/2017 | COMMENTS TO P & S | 2.00 | $310.00 | $620.00 |

Invoice # 135 - 01/16/2018

| CG | 12/19/2017 | REDACT AND FILE MONTHLY OPERATING REPORT FOR NOVEMBER 2017 | 0.50 | $125.00 | $62.50 |
|---|---|---|---|---|---|
| SN | 12/20/2017 | VARIOUS FOLLOW UPS ON E MAILS REGARDING SALE; CONSIDERED OTHER AVAILABLE OPTIONS | 0.80 | $310.00 | $248.00 |
| SN | 12/20/2017 | REVIEW OF COMMENTS TO NOTICE AND P & S | 0.50 | $310.00 | $155.00 |
| SN | 12/27/2017 | DRAFTING MOTION TO SELL AND ASSOCIATED DOCUMENTS | 6.50 | $310.00 | $2,015.00 |
| SN | 12/29/2017 | WORK ON SERIES OF SALE DOCUMENTS | 4.30 | $310.00 | $1,333.00 |
| SN | 12/29/2017 | REVISIONS TO P & S AGREEMENT | 1.20 | $310.00 | $372.00 |
| SN | 01/02/2018 | SEVERAL E MAILS RE SALE; MODIFIED SALE MOTION | 0.50 | $310.00 | $155.00 |
| SN | 01/02/2018 | SEVERAL TTS WITH CLIENT AND BROKER; REVISED BID PROCEDURES | 1.00 | $310.00 | $310.00 |
| SN | 01/05/2018 | CONFERENCE WITH CLIENT; PUBLISHED CHANGES TO P & S TO BUYER; CONFERENCE WITH BUYER; TT COURT RE HEARING DATE | 2.00 | $310.00 | $620.00 |
| DN | 01/05/2018 | CONF. W/ SMN ABOUT SALE & DATES; E-MAIL COURT CLERK FOR BID PROCEDURE AND SALE HEARING DATES; CIRCULATE TO SMN | 0.50 | $310.00 | $155.00 |
| DN | 01/08/2018 | RESEARCH HOTEL TITLE; ADD EASEMENTS TO METES & BOUNDS & SEND TO SMN; REVIEW P&S PROVISION FOR SMN; E-MAIL HEARING DATES TO SMN & CAG | 0.70 | $310.00 | $217.00 |
| SN | 01/08/2018 | FINALIZED ALL DOCUMENTS FOR FILING; FINAL COMMENTS TO P & S; E MAIL DOCUMENTS TO LENDER | 4.50 | $310.00 | $1,395.00 |
| SN | 01/09/2018 | WORK ON EXECUTING P & S AND PREPARING PAPERS FOR FILING | 1.50 | $310.00 | $465.00 |
| CG | 01/10/2018 | EDIT BID PROCEDURE AND SALE DOCUMENTS; DRAFT MOTION TO EXPEDITE HEARING AND PROPOSED HEARING | 2.30 | $125.00 | $287.50 |
| SN | 01/10/2018 | FINALIZED AND FILED SALE PAPERS | 2.00 | $310.00 | $620.00 |
| SN | 01/11/2018 | QUESTIONS RE SALE FROM BROKER AND OTHERS | 0.60 | $310.00 | $186.00 |

|  | **Quantity Subtotal** | **211.0** |
|---|---|---|
|  | **Services Subtotal** | **$63,245.50** |

**Expenses**

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| CG | 02/10/2017 | G&M COURT REPORTERS, LTD. INVOICE FOR ATTENDANCE AT AND TRANSCRIPT OF DEPOSITION OF JITEN N. PATEL ON 2/6/17. | 1.00 | $993.96 | $993.96 |
| CG | 02/27/2017 | JONES & FULLER REPORTING, INC. - ATTENDANCE AND TRANCRIPT OF DEPOSITION OF DAVID SILVERSTEIN | 1.00 | $943.80 | $943.80 |
| CG | 03/08/2017 | PHOTOCOPIES - SERVICE OF NOTICE OF HEARING ON SECOND INTERIM FEE APPLICATION OF NOTINGER LAW ON 20 LARGEST CREDITORS 18 X .10 - $1.80 | 1.00 | $1.80 | $1.80 |
| CG | 03/08/2017 | POSTAGE - SERVICE OF NOTICE OF HEARING ON SECOND INTERIM FEE APPLICATION OF NOTINGER LAW ON 20 LARGEST CREDITORS 18 X .46 - $1.80 | 1.00 | $8.28 | $8.28 |
| CG | 03/13/2017 | POSTAGE - SERVICE OF NOTICE OF HEARING ON 4TH CASH COLLATERAL MOTION 18 X .46 = $8.28 | 1.00 | $8.28 | $8.28 |
| CG | 03/13/2017 | PHOTOCOPIES - SERVICE OF NOTICE OF HEARING ON 4TH CASH COLLATERAL MOTION 18 X .10 = $1.80 | 1.00 | $1.80 | $1.80 |
| CG | 03/16/2017 | POSTAGE - SERVICE OF NOTICE OF HEARING ON AMENDED FOURTH CASH COLLATERAL MOTION 20 X .46 = $9.20 | 1.00 | $9.20 | $9.20 |
| CG | 03/16/2017 | PHOTOCOPIES - SERVICE OF NOTICE OF HEARING ON AMENDED FOURTH CASH COLLATERAL MOTION 20 X .10 = $2.00 | 1.00 | $2.00 | $2.00 |
| CG | 03/16/2017 | POSTAGE - SERVICE OF NOTICE OF HEARING ON DEBTOR'S THIRD DISCLOSURE STATEMENT 31 X .46 = $14.26 | 1.00 | $14.26 | $14.26 |
| CG | 03/16/2017 | POSTAGE - SERVICE OF NOTICE OF HEARING ON DEBTOR'S THIRD DISCLOSURE STATEMENT 31 X .10 = $3.10 | 1.00 | $3.10 | $3.10 |
| CG | 06/14/2017 | POSTAGE - SERVICE OF NOTICE OF HEARING ON FIFTH CASH COLLATERAL MOTION 20 X .46 = $9.20 | 1.00 | $9.20 | $9.20 |
| CG | 06/14/2017 | PHOTOCOPIES - SERVICE OF NOTICE OF HEARING ON FIFTH CASH COLLATERAL MOTION 20 X .10 = $2.00 | 1.00 | $0.00 | $0.00 |
| CG | 09/13/2017 | PHOTOCOPIES - SERVICE OF NOTICE OF HEARING ON 6TH CASH COLLATERAL MOTION ON 20 LARGEST UNSECURED CREDITORS. 20 CREDITORS @ .10 PER PAGE = $2.00 | 1.00 | $2.00 | $2.00 |
| CG | 09/13/2017 | POSTAGE - SERVICE OF NOTICE OF HEARING ON 6TH CASH COLLATERAL MOTION ON 20 LARGEST UNSECURED CREDITORS. 20 @ .47 = $9.40 | 1.00 | $9.40 | $9.40 |

Invoice # 135 - 01/16/2018

| | | | | | |
|---|---|---|---|---|---|
| CG | 12/06/2017 | POSTAGE - SERVICE OF NOTICE OF HEARING ON 7TH CASH COLLATERAL MOTION 20 @ .47 = $9.40 | 1.00 | $9.40 | $9.40 |
| CG | 12/06/2017 | PHOTOCOPIES - SERVICE OF NOTICE OF HEARING ON 7TH CASH COLLATERAL MOTION 20 @ .10 = $2.00 | 1.00 | $2.00 | $2.00 |
| DN | 01/08/2018 | MERRIMACK COUNTY REGISTRY OF DEEDS - COPY OF DEED INTO HANISH, LLC | 1.00 | $4.00 | $4.00 |

|  |  |
|---|---|
| **Expenses Subtotal** | **$2,022.48** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Cheryl Guerette | 11.7 | $125.00 | $1,462.50 |
| Deborah Notinger | 1.2 | $310.00 | $372.00 |
| Steven Notinger | 198.1 | $310.00 | $61,411.00 |
| | **Quantity Total** | | **211.0** |
| | **Subtotal** | | **$65,267.98** |
| | **Total** | | **$65,267.98** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 57 | 10/06/2016 | $31,383.22 | $23,283.00 | $8,100.22 |
| 86 | 03/08/2017 | $68,143.77 | $43,914.50 | $24,229.27 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 135 | 01/16/2018 | $65,267.98 | $0.00 | $65,267.98 |

|  |  |
|---|---|
| **Outstanding Balance** | **$97,597.47** |
| **Total Amount Outstanding** | **$97,597.47** |

Please make all amounts payable to: Notinger Law, PLLC

Payment is due upon receipt.

Invoice # 135 - 01/16/2018